UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DENISE MURRAY,**

    **Plaintiff,**

v.         **Case No: 6:15-cv-634-Orl-41TBS**

**WYNDHAM VACATION OWNERSHIP, INC.,**

    **Defendant.**

                                                /

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion for Approval of Settlement and Dismissal of Action With Prejudice (Doc. 35). United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation (Doc. 36), which recommends that the parties' motion be granted, that the parties' settlement agreement be approved, and that this case be dismissed with prejudice.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 36) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Dismissal of Action With Prejudice (Doc. 35) is **GRANTED**; the parties' settlement agreement is **APPROVED**; and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 25, 2016.



Copies furnished to:

Counsel of Record